LOUISE M. PERCIVAL, as Executrix and Trustee of the Last Will and Testament of MAX BLUMENTHAL, Deceased, Respondent, v. ARMIN H. MITTELMANN, Individually and as Executor and Trustee, etc., of MAX BLUMENTHAL, Deceased, and Others, Defendants, Impleaded with LOUIS L. ALLEN, Individually and as Executor, etc., of J. THEUS MUNDS, Deceased, and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order.

Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.